```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 05380
    DEBRA SUTTON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-9961


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/12/2004 and was confirmed 04/01/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.00%.

    The case was paid in full 08/16/2007.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------
HOUSEHOLD AUTOMOTIVE FIN  SECURED              10345.00         5131.79         10345.00
HOUSEHOLD AUTOMOTIVE FIN  UNSECURED             3871.79             .00           542.05
RAMSEY LAW FIRM PC        NOTICE ONLY         NOT FILED             .00              .00
*SCHOTTLER & ZUKOSKY      PRIORITY            NOT FILED             .00              .00
AMERITECH LAW DEPT        UNSECURED           NOT FILED             .00              .00
AUTO TITLE LENDERS INC    UNSECURED             6800.00             .00           952.00
INTERNAL REVENUE SERVICE  UNSECURED             2553.34             .00           357.47
MCI COMMUNICATIONS        UNSECURED           NOT FILED             .00              .00
MERCY HOSPITAL            UNSECURED           NOT FILED             .00              .00
NATIONWIDE CREDIT INC     UNSECURED           NOT FILED             .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED                 .00             .00              .00
PROVIDIAN                 UNSECURED           NOT FILED             .00              .00
*SCHOTTLER & ZUKOSKY      DEBTOR ATTY          2,200.00                          2,200.00
TOM VAUGHN                TRUSTEE                                                1,089.06
DEBTOR REFUND             REFUND                                                   292.63

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 20,910.00

PRIORITY                                           .00
SECURED                                      10,345.00
    INTEREST                                  5,131.79
UNSECURED                                     1,851.52
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                          1,089.06
DEBTOR REFUND                                   292.63
                     ---------------      ---------------
TOTALS                  20,910.00            20,910.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 05380 DEBRA SUTTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                    /s/ Tom Vaughn

Dated: 11/29/07                              _____
                                                    TOM VAUGHN
                                                    CHAPTER 13 TRUSTEE